**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID VANCE,                                                                                                PETITIONER
ADC # 149096,

v.                                           5:12CV00174-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                            RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Vance's Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice as procedurally defaulted.

SO ORDERED this 14th day of August, 2012.

*/s/ James M. Moody*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE