**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DAVID VANCE,                                                                                   PETITIONER
ADC # 149096,

v.                                    5:12CV00174-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                       RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 14th day of August 2012.

*/s/ James M. Moody*
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE